PHILIP STEIN, an Infant, by GUSSIE STEIN, His Guardian ad Litem, Respond-

ent, v. REBECCA ETTINGER, Appellant, Impleaded with Others, Defendants.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.